No. 73–1650. KERNER *v.* UNITED STATES; and
No. 73–1651. ISAACS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no

part in the consideration or decision of these petitions.